UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ON THE ROCKS BAR & GRILL, et al.,<br><br>　　　　　Defendants. | Case No. 1:14-cv-00359-AWI (JLT)<br><br>**ORDER GRANTING STIPULATION TO SET ASIDE DEFAULT AS TO DEFENDANTS ON THE ROCKS BAR & GRILL, LLC d/b/a ON THE ROCKS BAR & GRILL, JAMES C. WHITENER, MARIA D. GONZALEZ-HERNANDEZ, RIVERWALK MANAGEMENT GROUP, LLC, AND THE WHITENER FAMILY TRUST**<br><br>(Doc. 17) |

Before the Court is the stipulation of the parties to set aside the entry of default as to Defendants On the Rocks Bar & Grill, LLC d/b/a On the Rocks Bar & Grill, James C. Whitener, Maria D. Gonzalez-Hernandez, Riverwalk Management Group, LLC and the Whitener Family Trust. (Doc. 17)  Good cause appearing, the Court **ORDERS**:

　　1.　　The Clerks entry of default against Defendants On the Rocks Bar & Grill, LLC d/b/a On the Rocks Bar & Grill, James C. Whitener, Maria D. Gonzalez-Hernandez, Riverwalk Management Group, LLC and the Whitener Family Trust are **SET ASIDE**;

///

///

///

///

1

2. On the Rocks Bar & Grill, LLC d/b/a On the Rocks Bar & Grill, James C. Whitener, Maria D. Gonzalez-Hernandez, Riverwalk Management Group, LLC and the Whitener Family Trust **SHALL** file a responsive pleading to the complaint within 21 days.

IT IS SO ORDERED.

Dated: **August 20, 2014**          /s/ Jennifer L. Thurston
                                    UNITED STATES MAGISTRATE JUDGE