Jeffrey W. Kramer, State Bar No. 71547
jkramer@troygould.com
AnnMarie Mori, State Bar No. 217835
amori@troygould.com
TROYGOULD, PC
1801 Century Park East, 16th Floor
Los Angeles, California 90067-2367
Telephone:     (310) 553-4441
Facsimile:     (310) 201-4746

Attorneys for Plaintiffs

T. Todd Egland, SBN 240911
tegland@kleinlaw.com
R. Jeffrey Warren, SBN 266454
jwarren@kleinlaw.com
KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Ave., Second Floor
Bakersfield, CA 93309
Telephone:    661-395-1000
Facsimile:    661-326-0418

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.; EMI VIRGIN SONGS INC.; LANEY JANE MUSIC; DIXONYOU MUSIC; ERIK TURNER MUSIC; RICH MCBITCH MUSIC; GREAT LIPS MUSIC; UNIVERSAL - SONGS OF POLYGRAM INTERNATIONAL, INC.; PWMP ACQUISITION I LLC d/b/a PRIMARY WAVE | Case No. 1:14-cv-00359-AWI-JLT<br><br>**ORDER GRANTING STIPULATION TO EXTEND TO FILE RESPONSIVE PLEADING**<br><br>(Doc. 20) |

| | |
|---|---|
| BRIAN; HOT-CHA MUSIC CO.; UNICHAPPELL MUSIC INC.; CYANIDE PUBLISHING; DEVO, INC. d/b/a DEVO MUSIC; EMI VIRGIN SONGS, INC.; PAUL SIMON MUSIC, | |
| Plaintiffs, | |
| v. | |
| ON THE ROCKS BAR & GRILL, LLC d/b/a ON THE ROCKS BAR & GRILL; JAMES C. WHITENER; MARIA D. GONZALEZ-HERNANDEZ; RIVERWALK MANAGEMENT GROUP, LLC; and THE WHITENER FAMILY TRUST, each individually, | |
| Defendants. | |

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiffs, BROADCAST MUSIC, INC.; EMI VIRGIN SONGS INC.; LANEY JANE MUSIC; DIXONYOU MUSIC; ERIK TURNER MUSIC; GREAT LIPS MUSIC; UNIVERSAL – SONGS OF POLYGRAM INTERNATIONAL, INC.; PWMP ACQUISITION I LLC d/b/a PRIMARY WAVE BRIAN; HOT-CHA MUSIC CO.; CYANIDE PUBLISHING; DEVO, INC. d/b/a DEVO MUSIC; EMI VIRGIN SONGS, INC.; PAUL SIMON MUSIC (collectively, "Plaintiffs"), and Defendants, ON THE ROCKS BAR & GRILL, LLC d/b/a ON THE ROCKS BAR & GRILL; JAMES C. WHITENER; MARIA D. GONZALEZ-HERNANDEZ; RIVERWALK MANAGEMENT GROUP, LLC; and the WHITENER FAMILY TRUST (collectively, "Defendants"), by and through their respective counsel of record, enter this Stipulation to Extend Time for Defendants to Respond to Verified Complaint.

**STIPULATION**

Plaintiffs, on the one hand, and Defendants, on the other hand, through their respective attorneys, hereby stipulate to extend the time for Defendants to respond to the verified complaint to September 17, 2014. (See L.R. 144(a).)

Dated: September __10__, 2014                                                TROYGOULD, PC

By:     __/S/ ANN MARIE MORI_____

|   |   |
|---|---|
|   | ANN MARIE MORI<br>Attorneys for Plaintiffs |
| Dated: September _____, 2014 | KLEIN, DENATALE, GOLDNER<br>COOPER, ROSENLIEB & KIMBALL, LLP |
|   | By:  _____/S/ T. TODD EGLAND_____<br>T. TODD EGLAND<br>Attorneys for Defendants |

**ORDER**

IT IS SO ORDERED.

Dated:  **September 11, 2014**        **/s/ Jennifer L. Thurston**
                                       UNITED STATES MAGISTRATE JUDGE