**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BROADCAST MUSIC, INC., et al., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> ON THE ROCKS BAR & GRILL, LLC, et al., ) <br> ) <br> Defendants. ) <br> ) | Case No.: 1:14-cv-00359 - AWI - JLT <br><br> ORDER GRANTING AN EXTENSION OF TIME FOR DEFENDANTS TO RESPOND TO THE COMPLAINT <br><br> (Doc. 22) |

On September 17, 2014, the parties filed a stipulation requesting a further extension of time for Defendants to respond to the complaint, reporting the parties are engaged in settlement negotiations, and believe they "will soon be in a position to file a Notice of Settlement." (Doc. 22 at 2.) Therefore, the parties request an extension "to allow time to complete the terms of settlement." (*Id.*) Good cause appearing, **IT IS HEREBY ORDERED**:

1. The parties' request for a further extension of time is **GRANTED**; and
2. Defendants **SHALL** file a response to the complaint no later than **October 1, 2014**.

IT IS SO ORDERED.

Dated: __September 20, 2014__        _____/s/ Jennifer L. Thurston__
                                      UNITED STATES MAGISTRATE JUDGE

1