Jeffrey W. Kramer, State Bar No. 71547
jkramer@troygould.com
Ann Marie Mori, State Bar No. 217835
amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, California 90067-2367
Telephone:      (310) 553-4441
Facsimile:      (310) 201-4746

Attorneys for Plaintiffs

T. Todd Egland, SBN 240911
tegland@kleinlaw.com
R. Jeffrey Warren, SBN 266454
jwarren@kleinlaw.com
KLEIN, DENATALE, GOLDNER,
COOPER, ROSENLIEB & KIMBALL, LLP
4550 California Ave., Second Floor
Bakersfield, CA 93309
Telephone:     661-395-1000
Facsimile:    661-326-0418

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.; EMI VIRGIN SONGS INC.; LANEY JANE MUSIC; DIXONYOU MUSIC; ERIK TURNER MUSIC; GREAT LIPS MUSIC; UNIVERSAL – SONGS OF POLYGRAM INTERNATIONAL, INC.; PWMP ACQUISITION I LLC d/b/a PRIMARY WAVE BRIAN; HOT-CHA MUSIC CO.; CYANIDE PUBLISHING; DEVO, INC. d/b/a DEVO MUSIC; EMI VIRGIN SONGS, INC.; PAUL SIMON MUSIC,<br><br>                         Plaintiffs,<br><br>     v.<br><br>ON THE ROCKS BAR & GRILL, LLC d/b/a ON THE ROCKS BAR & GRILL, JAMES C. WHITENER, MARIA D. GONZALEZ-HERNANDEZ, RIVERWALK MANAGEMENT GROUP, LLC, AND THE WHITENER FAMILY TRUST, each individually,<br><br>                         Defendants. | Case No. 1:14-cv-00359-AWI-JLT<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO FILE REQUEST FOR DISMISSAL**<br><br>Complaint Filed:       3/13/14 |

1   TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

2   Plaintiffs, BROADCAST MUSIC, INC.; EMI VIRGIN SONGS INC.; LANEY JANE MUSIC; DIXONYOU MUSIC; ERIK TURNER MUSIC; GREAT LIPS MUSIC; UNIVERSAL – SONGS OF POLYGRAM INTERNATIONAL, INC.; PWMP ACQUISITION I LLC d/b/a PRIMARY WAVE BRIAN; HOT-CHA MUSIC CO.; CYANIDE PUBLISHING; DEVO, INC. d/b/a DEVO MUSIC; EMI VIRGIN SONGS, INC.; PAUL SIMON MUSIC (collectively, "Plaintiffs"), and Defendants ON THE ROCKS BAR & GRILL, LLC d/b/a ON THE ROCKS BAR & GRILL, JAMES C. WHITENER, MARIA D. GONZALEZ-HERNANDEZ, RIVERWALK MANAGEMENT GROUP, LLC, AND THE WHITENER FAMILY TRUST, (collectively, "Defendants"), by and through their respective counsel of record, submit this joint stipulation.

## *RECITALS*

WHEREAS, on or about March 13, 2014, Plaintiffs filed their Complaint in the Eastern District of California, entitled *Broadcast Music, Inc., et al. v. On the Rocks Bar & Grill, LLC*, *et al.*, as United States District Court Eastern District of California Case No. 1:14-cv-00359 (the "BMI Action");

WHEREAS, on or about October 6, 2014, the parties filed a Notice of Settlement.

WHEREAS, on or about October 7, 2014, the Court issued an order that a stipulation re dismissal shall be filed no later than November 21, 2014. If not received, the Court may dismiss the matter on its own authority.

WHEREAS, Plaintiffs and Defendants have exchanged written settlement documents and are in the process of revising the documents and obtaining client signatures. However, due to the number of parties involved, counsel is requesting additional time to finalize the settlement agreement and file the stipulation re dismissal with the Court.

## *STIPULATION*

NOW, THEREFORE, Plaintiffs and Defendants, by and through their respective counsel of record, hereby stipulate as follows: The parties hereby stipulate and agree to file a stipulation re dismissal on or before December 12, 2014.

Dated:  November 14, 2014                    TROYGOULD PC


                                             By:    _____/S/ ANNMARIE MORI_____
                                                    ANN MARIE MORI
                                                    Attorneys for Plaintiffs


Dated:  November 14, 2014                           KLEIN, DENATALE, GOLDNER
                                                    COOPER, ROSENLIEB & KIMBALL, LLP


                                             By:    _____/S/ R. JEFFREY WARREN_____
                                                    R. JEFFREY WARREN
                                                    Attorneys for Defendants

**ORDER**

IT IS SO ORDERED.

Dated:   November 18, 2014          _____
                                    SENIOR  DISTRICT  JUDGE