JEFFREY W. KRAMER (SBN 71547)
Email:     jkramer@troygould.com
ANNMARIE MORI (SBN 217835)
Email:     amori@troygould.com
TROYGOULD PC
1801 Century Park East, 16th Floor
Los Angeles, CA 90067-2367
Telephone:   (310) 553-4441
Facsimile:   (310) 201-4746

Attorneys for Plaintiffs
Broadcast Music, Inc.; EMI Virgin Songs Inc.;
Laney Jane Music; Dixonyou Music; Erik Turner
Music; Rich McBitch Music; Great Lips Music;
Universal - Songs of Polygram International, Inc.;
PWMP Acquisition I LLC d/b/a Primary Wave
Brian; Hot-Cha Music Co.; Unichappell Music
Inc.; Cyanide Publishing; Devo, Inc. d/b/a Devo
Music; EMI Virgin Songs, Inc.; Paul Simon Music

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BROADCAST MUSIC, INC.; EMI VIRGIN SONGS INC.; LANEY JANE MUSIC; DIXONYOU MUSIC; ERIK TURNER MUSIC; RICH MCBITCH MUSIC; GREAT LIPS MUSIC; UNIVERSAL - SONGS OF POLYGRAM INTERNATIONAL, INC.; PWMP ACQUISITION I LLC d/b/a PRIMARY WAVE BRIAN; HOT-CHA MUSIC CO.; UNICHAPPELL MUSIC INC.; CYANIDE PUBLISHING; DEVO, INC. d/b/a DEVO MUSIC; EMI VIRGIN SONGS, INC.; PAUL SIMON MUSIC, <br><br>            Plaintiffs, <br>     v. <br><br> ON THE ROCKS BAR & GRILL, LLC d/b/a ON THE ROCKS BAR & GRILL; JAMES C. WHITENER; MARIA D. GONZALEZ-HERNANDEZ; RIVERWALK MANAGEMENT GROUP, LLC; and THE WHITENER FAMILY TRUST, each individually, <br><br>            Defendants. | Case No. 1:14-cv-00359-AWI JLT <br><br> ORDER RE: STIPULATION RE DISMISSAL |

**TroyGould PC**

STIPULATION RE DISMISSAL

03202-0035  264850.1

TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

Plaintiffs, Broadcast Music, Inc.; EMI Virgin Songs Inc.; Laney Jane Music; Dixonyou Music; Erik Turner Music; Rich McBitch Music; Great Lips Music; Universal - Songs of Polygram International, Inc.; PWMP Acquisition I LLC d/b/a Primary Wave Brian; Hot-Cha Music Co.; Unichappell Music Inc.; Cyanide Publishing; Devo, Inc. d/b/a Devo Music; EMI Virgin Songs, Inc.; Paul Simon Music (collectively, "Plaintiffs"), and Defendants On The Rocks Bar & Grill, Llc D/B/A On The Rocks Bar & Grill; James C. Whitener; Maria D. Gonzalez-Hernandez; Riverwalk Management Group, Llc; And The Whitener Family Trust (collectively, "Defendants"), by and through their respective counsel of record, submit this joint stipulation and hereby jointly request that the action be dismissed with prejudice.

The parties mutually request that this matter be dismissed by stipulation and any future hearing dates be vacated. Good cause exists in light of the fact the parties have entered into a Settlement Agreement resolving all issues relating to this action.

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Counsel for Plaintiffs and Defendant further stipulate that the claims and causes of action alleged against Defendants are hereby dismissed WITH PREJUDICE, each of the parties to pay their own costs of the action.

The parties further stipulate that the Court shall retain jurisdiction to enforce the Settlement Agreement.

Dated: December 17, 2014          TROYGOULD PC

                                  By:     /s/ ANNMARIE MORI
                                          ANN MARIE MORI
                                          Attorneys for Plaintiffs

**TroyGould PC**

STIPULATION RE DISMISSAL

03202-0035  264850.1

1  Dated:  December 17, 2014                         KLEIN, DENATALE, GOLDNER
                                                     COOPER, ROSENLIEB & KIMBALL,
2                                                                 LLP

3                                          By:
                                                     /S/ T. TODD EGLAND
4                                                    T. TODD EGLAND
                                                     Attorneys for Defendants
5

6
                                 **ORDER**
7
        In light of the above stipulation, the Clerk shall CLOSE this case in light of the
8
   above Rule 41(a)(1) stipulation for dismissal with prejudice.
9

10 IT IS SO ORDERED.

11 Dated:   December 17, 2014             _____
                                                 SENIOR DISTRICT JUDGE
12

**TroyGould PC**

STIPULATION RE DISMISSAL

03202-0035  264850.1